Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
*Attorneys for Plaintiff*
*Soheila Gooran*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHEILA S. GOORAN,<br><br>  Plaintiff,<br><br>  v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; and DOES 1 to 10, inclusive,<br><br>  Defendant(s). | **Case No.:** 2:16-cv-09241-PA-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Soheila S. Gooran by and through her undersigned attorneys, hereby voluntarily dismisses with prejudice Defendant Nissan Motor Acceptance Corporation from this action in its entirety, with each party to bear their own costs and attorneys' fees.

///

///

///

///

RESPECTFULLY SUBMITTED,

Dated: February 9, 2017     By:*/s/ Stuart Price*
                 Stuart Price, Esq.
                 15760 Ventura Blvd., Suite 800
                 Encino, CA 91436
                 Tel: 818-907-2030
                 stuart@pricelawgroup.com
                 Attorneys for Plaintiff,
                 Soheila Gooran

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Hard copies of the foregoing have been provided via electronic mail to:

Thomas G. Hartley
Nissan North America, Inc.
8900 Freeport Parkway, Suite 100
Irving, Texas 75063
E: thomas.hartley@nissan-usa.com
T: (214) 596-5048

/s/ Sandra Padilla